Certificate Number: 00252-TXW-CC-012228097


00252-TXW-CC-012228097

## **CERTIFICATE OF COUNSELING**

I CERTIFY that on <u>September 4, 2010</u>, at <u>3:48</u> o'clock <u>PM EDT</u>, <u>Jeff T Sims</u> received from <u>Institute for Financial Literacy, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>September 4, 2010</u>          By: <u>/s/Tanika Enking</u>

                                        Name: <u>Tanika Enking</u>

                                        Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).